# CHAPTER 13 NARRATIVE STATEMENT OF PLAN

**RE:**   **Robert Matsler**

## PAYMENT TO THE TRUSTEE:

THE DEBTOR PROPOSES TO PAY **$732.00** PER MONTH TO THE TRUSTEE.

|  | *Employer No. 1* |
|---|---|
| Name | Transplace |
| Address | 3010          Gaylord parkway; Suite 200 |
| City State Zip | Frisco, TX 75034 |
| Pay Frequency | Bi-Weekly |

## PLAN LENGTH:

The debtor(s) plan length is **60** months.

The debtor(s) propose to pay all disposable income, if any, into the plan for the benefit of unsecured creditors for no less than the applicable commitment period (unless unsecured are being paid 100%). The plan length shall not exceed 60 months. That unsecured creditors shall receive at least what they would receive under Chapter 7.

## ADMINISTRATIVE EXPENSES:

1)     Trustee's & Debtor Attorney Fees & Costs are administrative expenses.
2)     ATTORNEY FEE to be paid through the plan. **     **$3,500.00**
        ATTORNEY FEE paid by debtor prior to filing.    **$0.00**
3)     Attorney's fee to be paid by trustee     **$3,500.00**
       ***Attorney Fee shall be paid as follows:
   a.   From funds paid in by the debtor, For Cases With Monthly Plan Payments:
      I.   **LESS THAN $200.00** an initial portion of the summary compensation award in an amount of $1,000.00, after first paying Trustee's fees; or
      II.   **BETWEEN $200.00 &$499.00**, an initial portion of the summary compensation award in an amount of $1,200.00, after first paying Trustee's fees; or
      III.   **MORE THAN $500.00**, an initial portion of the summary compensation award in an amount of $1,500.00, after first paying Trustee's fees;
   b.   the remaining attorney fee balance shall be paid at the minimum rate of 25% of the total disbursed to creditors each month thereafter until paid in full;  and
   c.   if there are only non-priority unsecured claims to be paid in the plan or remaining to be paid in the plan, the attorney's fees shall be paid at the rate of 100% of the total plan payment, after first paying applicable administrative costs, including Trustee's fees and administrative fees, until paid in full;  and
   d.   no claims, other than administrative, secured and domestic support, shall receive disbursements before approved pre-petition debtor attorney fees and costs are paid in full; and

Edition: 2014.08.06   Everything

     e.    no claims, other than administrative and domestic support, shall receive disbursements before approved post-petition debtor attorney fees and costs are paid in full.

## SECURED DEBTS:                                                                    As Follows:

**A)(i)   Secured Debts Not Extending Beyond Plan, 506 Valuation Applies:        NONE**

**A)(ii)  PMSI Claims Not Extending Beyond Plan, 506 Valuation Not Apply:  As Follows:**

Secured creditors who will retain their liens, however, shall be released upon conclusion and discharge of the debtor(s)' case or payment in full of the creditor's claim, whichever happens first in time, and be paid their entire debt regardless of value, and whose debts shall not continue after the life of the plan, shall be paid as follows.     *Pre-Confirmation Interest Rate Shall be Zero, 0%*. *INT RT = Post-Confirmation Interest Rate; * M. PMT = Post-confirmation Monthly Payment; *A.P.P. = Adequate protection payments shall be paid **pre** and **post** confirmation.

| CREDITOR | COLLATERAL | NET PAY | VALUE | *INT | M. PMT | A.P.P |
|---|---|---|---|---|---|---|
| Western Credit Union | 2007 Lincoln Town Car | $7,494.18 | $8,625.00 | 5.50% | $143.15 | $74.94 |
| Western Credit Union | 2006 BTX 1300 Motor Cycle | $3,420.77 | $3,000.00 | 5.50% | $65.34 | $34.21 |

***Secured creditor(s) above shall be coded a "21" within the trustee's office and paid concurrently with any regular monthly home mortgage payment.***

**B)    SECURED DEBTS EXTENDING BEYOND PLAN LENGTH:        As Follows:**

Secured creditors who will retain their liens and whose debts and liens shall extend beyond the length of the plan, Trustee shall pay Regular Payment, and cure Arrearage as below, and debtor will resume payments to said creditor upon completion of the plan. The regular monthly mortgage payment may be increased or decreased as provided under the loan documents from information provided by the Creditor and upon the absence of objection from the Debtor.

| Creditor | Collateral | Reg. Pmt. | Arrearage | Per-Mth |
|---|---|---|---|---|
| Ditech | House on Lot | $390.00 | $390.00 | $6.50 |

**C)    AUTOMATIC STAY RELAXED AS TO CREDITOR COLLATERAL:      NONE**

**D)    SECURED DEBTS TO BE PAID BY THE DEBTOR DIRECTLY:        NONE**

Secured creditors who will retain their liens and whose debt will be paid by debtor, or a 3rd Party, directly.

Edition: 2014.08.06   Everything

**UNSECURED PRIORITY DEBTS:**  *Shall be paid 100%.*

**DOMESTIC SUPPORT OBLIGATIONS:**                                    NONE

**SPECIAL NONPRIORITY UNSECURED:**                              NONE
The following creditors shall be paid in full (100%) prior to any other non-priority unsecured creditor due to being consumer co-signed debt, as follows:

**NONPRIORITY UNSECURED:**  Shall receive a **Pro-Rata** dividend from funds remaining after full payment of administrative, pre- and post-petition attorney fees, secured, priority, child support, and special non-priority unsecured claims.

**OTHER:** All creditors not specifically treated or indicated in debtor(s)' plan herein shall be treated as General Non-Priority Unsecured debt.

**OTHER NON-DISCHARGEABLE NON-PRIORITY UNSECURED –
STUDENT LOANS**                                                      NONE

**EXECUTORY CONTRACT:**                                            NONE

Other provisions of the plan which are not inconsistent with Title 11 of the U.S.C., pursuant to 11 U.S.C. 1322(b)(11), are as follows:

Approved Post-Petition Debtor's Attorney Fees are deemed Administrative Expenses and payable by Standing Trustee immediately upon receipt of Debtor(s)' plan payments, prior to any other type of claim except DSO claims.

The property of the estate shall continue to be property of the estate until such time as a discharge is granted or the case is dismissed.  The Debtor shall remain in possession of all property of the estate.

Any debt determined to be priority debt not otherwise treated in this Plan or a Modification thereto shall be paid in full within the life of the plan in accord with 1322(a)(2).

Edition:  2014.08.06    Everything